| People v Smith (Brian) | 4th Dept: 138 AD3d 1418 (Monroe) | denied 8/24/16 (Abdus-Salaam, J.) |
|---|---|---|
| People v Smith (Jeffrey) | 1st Dept: 138 AD3d 628 (NY) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Soto | 1st Dept: 138 AD3d 533 (NY) | denied 8/1/16 (Fahey, J.) |
| People v SP | 2d Dept: 134 AD3d 957 (Dutchess) | denied 8/2/16 (Fahey, J.) |
| People v Spragion | 2d Dept: 140 AD3d 903 (Kings) | denied 8/18/16 (Rivera, J.) |
| People v Stapleton | App Div, 2d Dept: 2016 NY Slip Op 74250(U) (Kings) | dismissed 8/3/16 (Stein, J.) |
| People v Stewart | 4th Dept: 140 AD3d 1654 (Onondaga) | denied 8/25/16 (Stein, J.) |
| People v Stitt | 4th Dept: 140 AD3d 1783 (Erie) | denied 8/29/16 (Pigott, J.) |
| People v Stokes | 2d Dept: 140 AD3d 800 (Kings) | denied 8/24/16 (Pigott, J.) |
| People v Summerville | 2d Dept: 138 AD3d 897 (Nassau) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Suyoung Yun | 1st Dept: 140 AD3d 402 (NY) | denied 8/24/16 (Pigott, J.) |
| People v Sweeper | App Div, 1st Dept: 2016 NY Slip Op 66539(U); 2016 NY Slip Op 66540(U) (NY) | dismissed 8/1/16 (Fahey, J.) |
| People v Symonds | 4th Dept: 140 AD3d 1685 (Livingston) | denied 8/24/16 (Pigott, J.) |
| People v Tackman | 1st Dept: 139 AD3d 537 (NY) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Tai | App Div, 1st Dept: 2016 NY Slip Op 69509(U) (NY) | dismissed 8/17/16 (Rivera, J.) |
| People v Tai Chi Chuan | App Div, 1st Dept: 2016 NY Slip Op 69509(U) (NY) | dismissed 8/17/16 (Rivera, J.) |
| People v Taylor | 1st Dept: 139 AD3d 547 (Bronx) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v Thomas (Bernard) | 4th Dept: 140 AD3d 1715 (Erie) | denied 8/31/16 (DiFiore, Ch. J.) |
| People v Thomas (English) | 2d Dept: 139 AD3d 764 (Westchester) | denied 8/25/16 (Stein, J.) |
| People v Thomas (John) | 1st Dept: 137 AD3d 698 (NY) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Torres | 4th Dept: 136 AD3d 1329 (Monroe) | denied 8/1/16 (Rivera, J.) |